435 F.2d 173
 Joseph Wesley COUEY, Plaintiff-Appellant,
v.
WEST BROTHERS, INC. and John H. Speed, Defendants-Appellees.
 No. 29568.
 United States Court of Appeals, Fifth Circuit.
 Dec. 8, 1970.
 
 Albert S. Johnston, III, Pascagoula, Miss., for plaintiff-appellant.
 White & Morse, Stanford E. Morse, Jr., Gulfport, Miss., for defendants-appellees.
 Appeals from the United States District Court for the Southern District of Mississippi; Walter L. Nixon, Jr., Judge.
 Before RIVES and SIMPSON, Circuit Judges, and NICHOLS,* Judge of Court of Claims.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Honorable Philip Nichols, Jr., sitting by designation
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966